Motion Granted; Appeal Dismissed
and Memorandum Opinion filed November 18, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00867-CV

____________

 

RICHARD PETLEY, Appellant

 

V.

 

HARRIS COUNTY, Appellee

 



 

On Appeal from the 247th District Court

Harris County, Texas

Trial Court Cause No. 2010-43180

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed August 5, 2010.  On October 28, 2010, appellant
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Anderson, Frost, and Brown.